**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 11, 2015

Hon. G. Brian Garrison
Assistant District Attorney
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Katherine A. Drew
Assistant Public Defender
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 2
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Taylor Horton
Assistant Public Defender
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB2
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Craig Watkins
District Attorney
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd.., LB 19
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00383-CR
Tr.Ct.No. F12-51946-V
Style:   STEVEN BREED v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   292nd District Court
      Hon. Gary Fitzsimmons, Dallas County District Clerk